United States District
Southern District of Florida

FILED by SAS D.C.

FEB 1 8 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Civil Case Number:
**15-CV-20644-King/White**

cat/div 550/1983/MIA
Case # _____
Judge _____ Mag WHITE
Motn Ifp YES Fee pd $ 0
Receipt # _____

Tita Nyambi, Plaintiff

vs

Miami-Dade Correctional Department, And
J. Williams, And
Jose Hernandez, And
Rabbi M. Katz, And
Donald Coffey, And
Mr. Kelly,
    Defendants

Complaint Under the Civil Rights Act, 42 U.S.C § 1983

I. Party Information
A. Plaintiff: Tita Nyambi
    Address: 6950 NW 41st Street Miami, Florida 33166
    Inmate/Prison No: 140128353
    Year of Birth: 1984

vs.

B. Defendant 1: Miami-Dade Correctional Dept
    2525 NW 62nd St 3rd Floor
    Miami, Florida 33147
    p:(786)263 6010  f:(786)263 6135

Defendant 2: J. Williams
Correctional Counselor
Miami-Dade Correctional Dept
2525 NW 62nd St 3rd Floor
Miami, Florida 33147

Defendant 3: Jose Hernandez, Chaplain's Office
6950 NW 41st Miami, Florida 33146

Defendant 4: Rabbi M. Katz, Chaplain's office
6950 NW 41st St Miami, Florida 33146

Defendant 5: Donald Coffey, Division Chief or Director;
Patient Care Services
2525 NW 62nd St 3rd Floor
Miami, Florida 33147

Defendant 6: Mr. Kelly, Correctional Counselor
6950 NW 41st St Miami, Florida 33146

## II. Statement of Claim (Page 1)

1. Every time that I have been arrested and incarcerated in Miami-Dade County, I have gone through the intake process which at some point includes an interview where the inmate/detainee is asked what his/her religion is - a declaration of faith. Each time I have plainly stated Jewish. This occurred on or about August 26, 2014 at TGK jail. I was then transferred to Stockade for housing where I began to ask about receiving a faith-based diet. I was instructed by correctional staff that I must write a inmate request to the Counselor or Chaplain which I did. I received no answer back but when the correctional counselor J. Williams came to our unit, I asked her directly and was told that Kosher trays are only given to Jewish inmates. I told her I understand that and am Jewish therefore would like to request one. She looked at me and told me she didn't have any on her and would bring one next time. 3 days later she returned and I asked her again to apply but she said she forgot to bring the form again. I was subsequently released September 5, 2014.

2. I went through TGK again September 27, 2014 and once again declared my faith as Jewish. I was transferred to Stockade again and when the counselor J. Williams came to our unit, I asked her for the form. She once again responded that they were only for Jewish inmates. I once again responded that I know and would like one. She said she'd bring it next time. During the remainder of my incarceration which was approximately 55 days, I continued

Statement of Claims Continuation (page 2)

to ask her each time she came to the unit and she always seemed to forget to bring the form. I also tried writing an inmate request to the Chaplain as well but never got a response. The general population menu is not just unkosher but directly violates religious dietary law with the afternoon lunch which mixes meat and dairy on the sandwich. That same exact lunch is served daily. In addition, the meat patties that are served at dinner aren't raised, slaughtered or processed according to dietary law restrictions and are mixed with fat and blood. For these reasons I had to refrain from consuming lunch everyday and most meat patties which are on every dinner entree. I lost over 20 pounds in those 55 days. I was released on November 19, 2014.

3. I once again declared my faith on December 4, 2014 at TGK and once again transferred to Stockade for housing where I immediately filled out an inmate request form to the Chaplain indicating I needed an application on or about December 8, 2014. Within the next few days I saw the correctional counselor and once again asked her for a faith-based menu request form to which she looked at me and said it is only for Jewish inmates. I told her I know and that I've asked her several times but have gotten nothing in all this time from her or the Chaplain. She took down my name and once again she promised to bring it. Next week she came to our unit and still had no form so I asked for a grievance which is the only recourse we have and she stated she didn't have one but would bring it next time. Next time she didn't bring it so I ended up getting an inmate grievance from a helpful officer on the evening shift.

Statement of Claims Continuation (page 2)

4. Grievances are supposed to be given to the correctional counselor but in this case I was grieving the counselor and chaplain so I felt it inappropriate to turn it in to her and instead asked an officer to turn it in. I then saw the counselor several days later when I had to sign the grievance receipt and tried to speak to her about getting a menu request for so I could quash the grievance but she said she had nothing to say and left. I was told by other staff that grievances were to be addressed within 7 business days. I put in the grievance on December 18, 2014 and finally got a response January 7, 2015.

5. The first week of January, a new correctional counselor came to the unit, Mr. Kelly. I told him of the issue I had been having and he said he'd look into it. I handed him an inmate request form asking for the faith based menu request and explained that I had written a grievance after several requests to the counselor and Chaplain, all to which no avail. On January 7, 2015, the Counselor - Mr. Kelly and the chaplain - Jose Hernandez both came to the unit and Mr. Hernandez claimed it was the first time he had received a request. He gave me the faith based diet application and waited while I filled it out. I turned in the form and the next day, I received the response to my grievance which said that the same day I handed in the form, it was retrieved and reviewed by Rabbi M. Katz and that I was being denied the kosher meal because Rabbi Katz had indicated that I was not of the Jewish faith. I asked Mr. Kelly who was Rabbi Katz to tell who or what I am, especially without even speakin

Statement of Claims Continuation (Page 4)

to me himself. The counselor asked me whether Katz had came to talk to me personally and I told him no to which he was surprised himself and stated that it didn't make much sense or seem right. He told me I could appeal the decision to which I decided to do. I wrote an extensive and lengthy appeal in which I explained my multi-ethnic and religious background and upbringing. I asked how could someone not employed by MDCR be transferred authority to determine another person's faith or beliefs. I explained that sometimes Orthodox Jewish sect members don't like to acknowledge or recognize other denominations such as Liberal, secular, reform, reconstructionist, Hebrew Israelite or Messianic and also don't like to recognize those with darker skin which Sephardic Jews tend to have. I wrote that there is no way that Rabbi Katz could be omnipotent and omniscient to tell another human being what they believe in, their spiritual practice or religious faith. Especially without even speaking to the person. All he had to go on was a paper with my name on it and perhaps my description. Also I wrote that I didn't understand how it was up to him to decide, as opposed to the Chaplain as I had originally been told. Lastly I explained that I'm not originally from Miami so I don't have a regular synagogue that I attend. One place that I went to service a few times in the spring and summer was a Temple on South Beach but I wasn't a regular and the few people I met there probably wouldn't remember me anyhow from such little interaction; not to mention that when I'm out and about, I introduce myself as J.T. due to Joshua- my Hebrew name and Tita-

my first name. For those reasons, I left the lines blank on the application where it asks for the name and title and phone number for someone at the religious institution. Even though I'm aware that it is led by Rabbi Marc Phillippe. In addition, I didn't like the idea of anyone knowing that I was incarcerated unless told by me personally. I instead chose the latter option which was to include contact information for others in the area that could confirm you were Jewish. I left 3 numbers there.

6. On January 19, 2015 - I was given the response to my appeal by Mr. Kelly which stated that the Chaplain's office was unable to establish my Jewish heritage and affiliation with a faith-based institution and was therefore denied and was final. This was decided by Director or Division Chief Donald Coffey of Patient Care Services. At this point I didn't know where else to turn so I asked Counselor Kelly for Miami-Dade Corrections Dept Policy regarding special diets (faith based menu). He gave me an excerpt which stated that only the chaplain had authority to make the determination and that the only three instances where one could be denied is if it exceeded budgetary allowances, created a threat to security and order or amounted to unjustified special treatment. I then requested the part 2 of the policy which Mr. Coffey had referred to but at this point, Mr. Kelly was longer being cooperative as the counselor. Coincidently this obstruction coincided with me asking him to make copies of the Civil Rights Act filing complaint. I asked for pen and paper as well which are standard when an inmate requires such for legal work, but he became more belligerent and stated he wouldn't do

Statement of Claims Continuation (page 6)

it for me. I asked him wasn't these types of services what he was there for and he said that helping me was no where in his job description. I said he had been helpful up to now and it was a shame that he was now performing an about face once he saw that I was seeking further recourse. Being at odds with the Correctional counselor is a tough spot because at inmates we must rely on them for everything from law library information requests, commissary account balances, legal copies, power of attorney forms, grievances, property pickup forms, telephone issues, puzzles and playing cards. All this means that I must find other ways to get pens, paper, copies, and envelopes in order to fill out and file this complaint. It is now February 5, 2015 and I am still deferring from eating the daily lunch of 4 slices of bread, 1 cheese slice and 2 meat slices because they are premade and mixed when handed out. I also still don't eat the meat patties on the entree so I try to just exchange the things I can't eat for cookies or other items. Some days I can and some days I can't and therefore don't get 3 meals like everyone else. I am once again down to 170 lbs from my usual 190-193. I fear that soon I will have to compromise my scruples and eat something in order to stop loss the malnutrition I'm experiencing. I still don't understand how anyone can tell another what they are and what they believe in. I feel as though I've been exposed to systemic acts of racial discrimination, religious persecution and ethnic bias.

III. Relief Request
I ask this Honorable Court to award me a Kosher menu diet immediately and permantly. I also ask the court to award the Plaintiff $500,000 (five hundred thousand dollars) in damages and $1.5 million (one million five hundred thousand) punitive.

_____

_____

## IV. Jury Demand

Are you demanding a jury trial?    ✓ Yes    ___ No


Signed this __5th__ day of __February__, 20__15__

_Tita Nyambi_____
　　　　　　　　　　　　Signature of Plaintiff


I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __February 5, 2015__

_Tita Nyambi_____
　　　　　　　　　　　　Signature of Plaintiff

Tita Nyambi J# 140128353
6950 NW 41st Street
Miami, Florida 33166

Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 3N09
Miami, FL 33128-7716



LEGAL MAI